O. HENRY BRAUER, PLAINTIFF-RESPONDENT, v. SANFORD C. FLINT ET AL., DEFENDANTS-APPELLANTS.

Submitted May 27, 1938—Decided September 16, 1938.

For the appellants, *Edwin P. Longstreet.*

For the respondent, *Saul J. Zucker.*

PER CURIAM.

This is an appeal from a judgment entered upon *postea,* after trial and upon a jury verdict in favor of the plaintiff-respondent.

The controversy grew out of a commercial transaction, the details of which we deem not important.

The appellants urge that the trial court erred in refusing to nonsuit or to direct a verdict in their favor. We do not reach this conclusion. There were facts in dispute requiring settlement by a jury and therefore the submission of them to a jury was proper.

Appellants also contend that there was error in the admission of the books of original entry of the plaintiff. We find there was no error in so doing.

The judgment will, therefore, be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 16.

*For reversal*—None.